

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**



**RECEIVED**

JUN 23 2008
Jun 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thaddeus C. Brooks
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart, Sheriff,

Cook County, Illinois

Dr. Couture,

Dr. Prozovosky

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV3575
JUDGE KOCORAS
Cas  MAGISTRATE JUDGE MASON
(To

**CHECK ONE ONLY:**

____X____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
             U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
             28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

    A.    Name: _____ Thaddeus C. Brooks _____

    B.    List all aliases: ___ None _____

    C.    Prisoner identification number: __ 20060096716 _____

    D.    Place of present confinement: __ Cook County Department of Corr. _

    E.    Address: ___ P.O. Box 089002, Chicago, Illinois 60608-9002 _

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: __ Thomas J. Dart _____

           Title: ___ Sheriff of Cook County _____

           Place of Employment: ___ Cook County Department of Corr. _

    B.    Defendant: __ Dr. Couture _____

           Title: ___ Director of Cermak Health Care Department _

           Place of Employment: __ Cook County Department of Corr. _

    C.    Defendant: __ Dr. Prozovosky _____

           Title: ___ Dentist _____

           Place of Employment: __ Cook County Department od Corr. _

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: <u>Brooks Vs. Dart et. al</u>
<u>07-CV-1700</u>

B. Approximate date of filing lawsuit: <u>March/April 2007</u>

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: <u>Thaddeus</u>
<u>C. Brooks</u>

D. List all defendants: <u>Thomas J. Dart, Salvador A. Godinez and</u>
<u>Nelson Villanueva</u>

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): <u>Northern District of Illinois</u>

F. Name of judge to whom case was assigned: <u>Honorable Judge Charles</u>
<u>P. Kocoras</u>

G. Basic claim made: <u>1st and 8th Amendment violation of the</u>
<u>United State Constitution.</u>

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): <u>Dismissed</u>

I. Approximate date of disposition: <u>January 31, 2008</u>

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendant Thomas J. Dart head of the Cook County Dept. Correction

He is legally responsible for the overall operation of the Cook

County Dept. of Correction and each institution under its juris-

diction who acted under the color of law. Dr. Couture, Director

of Cermak Health Care Dept, is legally responsible for the operation

of and for the welfare of all the detainees of the Cook County Dept.

of Correction who acted under the color of law. Dr. Prozovosky,

is the dentist at the Cook County Dept. of Correction and is re-

sponsible for the dental dept. who also acted under the color of Law.

each defendant id sued individually and in his official capacity.

In the month of February 2007 I submitted a medical request form to

be seen by the dentist because of a cavity that badly needed filling.

Approximately several weeks later I briefly spoke to the dental Asst.

on the Boulevard, a pathway in Division one where all movement occur,

and inquired about seeing the dentist, She informed me that there's

a long waiting list and continue walking. Around the month of May

2007, I spoke to nurse Lorraine who comes around every other morning

or so to deliver medication to other detaineesm that I needed to see

4

(Continue)

Revised 9/2007

the dentist because my tooth has a hold in it and need to be filled because it's difficult chewing and causing me pain.  She informed that the dentist moved to Division five and she then gave me some Tylenols.  After not seeing the dentist and having to take other detainees medication for the pain, I filed a grievance on July 23, 2007 (See Exhibit "A") complaining about not seeing the dentist for over five months.  On September 17, 2007 I was called to see the dentist after x-rays and the dentist looking in my mouth, he told me I needed to see the oral surgeon at John Stroger Hospital in which they will schedule me.  I was issued Naproxen 500mg for pain and Amoxicillin for infection.  On November 9, 2007 I wrote a letter to the Director of Cermak Health care (See Exhibit "B") concerning my health issues both for dental and my back with no results.  After no response from the medical dept. whatsoever, I filed another grievance January 3, 2008, (See Exhibit "C") complaining about my tooth breaking off in my mouth and causing me even more pain, still with no results.  On February 8, 2008, I filed an emergency grievance (See Exhibit "D") complaining about the previously written letters and grievances pertaining to the inadequate dental and medical care here at the Cook County Dept. of Correction....And still no results.  February 13, 2008, I received a response from the recently written grievance (See Exhibit "E") stating that I was referred to John Stroger Hospital oral surgeon....Yet, still with no results.  March 18, 2008, I wrote

Revised 9/2007

another letter (See Exhibit "F") to Dr. Couture bringing to his attention that through my many attempts to resovle my medical issues, I have received no results.  On May 8, 2008, I submitted another detainees health service request form (See Exhibit "G") praying for relief to be sent to the oral surgeon. No results! As of this filing I am still experiencing pain, now some gum bleeding the taking of other detainees medication to alleviate the pain and awaiting to be seen by the oral surgeon at John Stroger hospital. The deliberate indifference to medical need violates plaintiffs rights and constitutes cruel and unusual punishment.  A due process violation under the eighth and fourteenth amendment of the United States Constitution.  The plaintiff has no plain, adequate or complete remedy at law to redress the wrong described herein.  Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and in-junctive relief which plaintiff seek.   WHEREFORE, plaintiff due respectfully pray that this Honorable court enter judgment granting plaintiff:

**(See Next Page)**

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

A preliminary injunction ordering the defendants to take the

plaintiff to John Stroger Hospital to have the oral surgery done

immediately.  $500 thousand against each defendant, jointly

and severally.  Punitive damages in the amount of $500.000 against

each defendant.  Plaintiff costs in this suit.  Any additional

relief this court deem just, proper and equitable.

**VI.**    The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ____17____ day of ___June___, 20_08_

_____
(Signature of plaintiff or plaintiffs)

Thaddeus C. Brooks
(Print name)

20060096716
(I.D. Number)

P.O. Box 089002

Chicago, Illinois  60608-9002
(Address)

6                                                        Revised 9/2007

Part-A / Control #: _____ X _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: BROOKS                    First Name: THADDIUS

ID #: 2006-0096716    Div.: 1    Living Unit: L-2    Date: 23 /July/ 07

BRIEF SUMMARY OF THE COMPLAINT: I HAVE SUBMITTED SEVERAL REQUISED FORMS TO BOTH MEDICAL AND DENTAL DEPARTMENTS PERTAINING TO THE HUGH HOLE IN MY TOOTH. THESE REQUEST DATE BACK TO THE MONTH OF FEBRUARY. I HAVE YET TO BE CALLED TO THE DENTIST. IS NOT FIVE MONTHS LONG ENOUGH TO WAIT TO BE CALLED TO THE DENTIST?

THE MEDICAL AND DENTAL DEPARTMENT
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

TO BE ALLOWED TO SEE THE DENTIST.
ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE _____    DATE C.R.W. RECEIVED: 8 / 1 / 07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT
A

Part – B / Control # 2007X1549

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _____   First Name: _____   ID#: _____

Is This Grievance An **Emergency**?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: _DETAINEE ALLEGES LACK OF HEALTH_
_IN DENTAL TREATMENTS_

C.R.W. Referred Griev. To: _CERMAK_                     Date Referred: _6/21/07_

Response Statement: _____
_Referred to Div. Physician & Patient Care Services_

_T Smith_                  _C Smith_          Date: _8/3/07_  Div./Dept. _45_
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

_M Cook_                   _____          Date: _8/8/07_  Div./Dept. _I_
(print- name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

_J Miella_                 _____          Date: _8/10/07_
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _8/18/07_  Detainee Signature: _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _____/_____/_____

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator: _____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: _____/_____/_____  Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Mr. Thaddeus C. Brooks
P.O. Box 089002 - 20060096716
Chicago, Illinois

Cermak Health Care of Cook County
Attention: Director
2800 South. California
Chicago, Illinois 60608

November 9, 2007

Re: Health Care

Dear Madam,

First and foremost I want to give all thanks and praise to my Lord and Savior Jesus Christ, for despite the many challenges and difficulties we experience daily God is still good and still in the blessing business.

Secondly, I ask that you accept my apology in advance for this approach unannounced, however, due to several different circumstances I am without any other alternative.

This correspondence is not to point out the inadequacy of anyone in particular. I am, however, writing to you inprayer that you will assist me receiving the medical attention needed. In addition to the long waiting period to see the dentist, I am having severe back pain that is now being ignored. For the last four (4) months I've spoken to two(2) different tier nurses and the divisional dispensary doctor concerning my medical issue. He called Cermak and requested my X-Ray, gave me some pain pills and sent me back to my tier. Madam, I attempted to explain to him that" I had seen several doctors at Cermak ( the last date was July 17, 2007) that had scheduled me to see another doctor that would possibly tell me what the problem is and/or what is causing the problem.

Pleas understand that I am quite familiar with the procedure concerning protocol, however, I have choosen this method as a means to proceed straight to the problem, verses the grievance process which seems endless.

Thank you so very much in advance for your time concerning this issue. I am really looking forward to hearing from you in the very near future/.

Sincerely Yours

Thaddesu C. Brooks

EXHIBIT
B

Part-A / Control #: 2WX W96114

Referred To: Cormak

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: BROOKS          First Name: THADDEUS  C.

ID #: 2K6-0096716 Div.: 1    Living Unit: E-3 Date: 1 /3 /2K8

BRIEF SUMMARY OF THE COMPLAINT: I HAVE SUBMITTED SEVERAL REQUEST FORMS REGARDING SEEING THE DENTIST DATING BACK TO FEBRUARY 2K7. SEPTEMBER 17th 2K7 I SEEN THE DENTIST ONLY TO BE RE-SCHEDULED TO SEE ORTHODONTICS. TODAY I AM DEALING WITH PAIN AND NOW THE BREAKING OFF OF THE TOOTH CAUSING ME THE PROBLEMS.

THE  MEDICAL AND/OR DENTAL DEPARTMENT
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

TO RECEIVE THE DENTAL ATTENTION REQUIRED.
ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Thaddeus C. Brooks

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 1/3 /8

**Please note:** *Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT
C

Part-A / Control #:_____X_____

Referred To: _____

☑ Processed as a request.

EMERGENCY

```
┌─────────────────────────────────────────────────────┐
│  COOK COUNTY DEPARTMENT OF CORRECTIONS                │
│           DETAINEE GRIEVANCE                          │
└─────────────────────────────────────────────────────┘
```

Detainee Last Name: __Brooks_____    First Name: __Thaddeus_____

ID #: __2006__ - __0096716__   Div.: __1__   Living Unit: __E-2__ Date: __Feb__/__08__/__08__

BRIEF SUMMARY OF THE COMPLAINT: __I have written letters to the Director of the__

__Cermak Health Care Department and written a grievance in regards to the__

__atrocious medical and dental treatment here at the cook County department of__

__Correction. I was sent to the dispensary here in division #1 on the 3rd__

__of January and was referred to Cermak Health Care, however, I have yet to__

__be seen. I was scheduled to see the orthodonics on September 17th, 2007,__

__however, I have yet to be seen. In concluding, I am still waiting to hear__

__a response from the grievance I appealed on the 8th of January 2008 concerning__

__the same issues.__

__The Director of health care, Dental and medical staff.__
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

__To receivedthe medical and dental treatment required.__
ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE:_____

C.R.W.'S SIGNATURE:_____     DATE C.R.W. RECEIVED: __2__/__11__/__18__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT

2008VA07 Part – B / Control #

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Brooks_    First Name: _Thaddeus_    ID# _2006-0056716_

Is This Grievance An **Emergency**?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: _Detainee alledges lace of medical_
_attention_

C.R.W. Referred Griev. To: _Cermak_    Date Referred: _1/4/08_

Response Statement: _Referred to Div. Physician_

_____    _____    Date: _1/4/08_  Div./Dept. _CHS_
(print- name of individual responding to this griev.)  (signature of individual responding to this griev.)

_____    _____    Date: _/_/_  Div./Dept. ___
(print - name of Supt. / Designee / Dept. Admin.)  (signature of Supt. / Designee / Dept. Admin.)

_J. Mueller_    _____    Date: _1/7/08_
(print -name of Prog. Serv. Admin./ Asst. Admin.)  (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _10 JAN 2K8_  Detainee Signature: _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _0 JAN 2K8_

Detainee's Basis For An Appeal: _I HAVE SUBMITTED SEVERAL FORMS AND_
_LETTERS PERTAINING TO THESE MEDICAL ISSUES. I NEED_
_HELP WITH WORDS ... I NEED MEDICAL ASSISTANCE, PLEASE!_

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator: _____

Appeal Board's Signatures / Dates: _____

Date Detainee Rec.'d the Appl. Bd.'s Response: _13 FEB 08_  Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT
E

PART – C

```
┌──────────────────────────────────────────────────────────────────┐
│   C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST        │
└──────────────────────────────────────────────────────────────────┘
```

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Brooks     **First Name:** Thaddeus

**ID#:** 2006 0096716   **Div:** 1   **Tier/LivingUnit:** E-2

**Date of Request:** 2/8/08     **Date C.R.W. Received Request:** 2/11/08

**This request has been processed by:** Ball     **C.R.W.**

*Summary of Request:*

Detainee states that he is still awaiting services from Cermak and also awaiting a response from A grievance Appeal that was filed January 28, 2008

*Response and/or Action Taken:*

Refer to Grievance Control # 2008-007, Detainee Signed Response to Grievance Appeal on 2/13/08 at which time the Appeal Stated that they would Refer Detainee to John Stroger Hospital Oral Surgeon.

V. Ball CRW  —  V.Ball CRW    **Date:** 2/13/08   **Div./Dept.** 1/Prog Services

(Print- name of Individual responding)    (Signature of individual responding)

EXHIBIT
E

Mr. Thaddeus C. Brooks
P.O. Box 089002 - 2K60096716
Chicago, Illinois 60608-9002


March 18, 2008


Cermak Health Care
Attention: Director Couture
2800 South. Californai
Chicago, Illinois 60608


Re: Medical Attention Denial


Dear Dr. Couture,


    I have written you twice concerning my medical issues that I have made
known to you and your staff, however, the length of time between those two
letters has not alleviated the problems regarding these issues.  In accepting
this, I have resorted, unfortunately to writing another grievance to perhaps
convey the urgency of my medical issues that, however, proved futile.

    After the letters and grievances I have concluded that this system does
not respect courteous protocol, because if it did I would not be still waiting
to be seen by the doctors at cermak for my back....not to mention having a
tooth pulled that has broked off in my mouth.

    I thank you for your time, despite your inability to respond to my many
attempts to resolve these issues, for this has shown me that regardless of
how hard one tries pursuant to protocol and procedures, alturism really is
not Hralth cares forte.


Sincerely,


Mr. Thaddeus C. Brooks



Cc: Courts
    File


EXHIBIT
E



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: Thaddeus C. Brooks                    Today's Date: May 8, 2008

ID #: 2 0 0 6 - 0 0 96716 Division: one  Tier: E-2  Birth Date: 9-8-61
_(Booking Year)_    _(Number)_

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

**EMERGENCY**

Describe your problem: It has been over a year (February 2007) since I submitted this exact same form requesting to see the dentist. Since that time I was told that I need to see orthodontics. I have written letters, grievances and now this form to hopefully get the necessary work done that is causing me so much pain. I urgently need to have this tooth extracted immediately....**Please!**

How long have you had this problem?_____days / weeks / months (circle one) **Over a year**

Next Court Date:

### !!!STOP!!!  DO NOT WRITE BELOW THIS LINE

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC  Date:

**Initial Provider Note:** _____

_____

_____

_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call  ☐ PRN

Signature/Title:_____ _____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

EXHIBIT
G

PATIENT LABEL

Form#: 86322  Rev: March 2006