FILED
JUN 23 2008
Jun 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)   Thaddeus C. Brooks

v.

Defendant(s)   Thomas J. Dart, Sheriff
Cook County,
Dr. Couture,
Dr. Prozpvpsky

08CV3575
JUDGE KOCORAS
MAGISTRATE JUDGE MASON

MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Thaddeus C. Brooks__, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:
   Kenneth N. FLaxman ) Tiffany M. Brooks      ) Thomas G. Morrissey
   200 S. Michigan    ) 2335 N. Commonwealth ) 10249 S. Westren Ave.
   Chicago, Illinois  ) Chicago, Illinois     ) Chicago, Illinis

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____          P.O. Box 089002 - 20060096716
Movant's Signature                 Street Address

June 17, 2008                      Chicago, Illinois 60608-9002
Date                               City, State, ZIP