# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                                        Case Number:    08 C 3575

Thaddeus Brooks v. Thomas Dart et al.,

                                                                                  Judge:    Charles Kocoras

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Doctors Eileen Couture, Thomas Prozovosky and Thomas Dart, Sheriff of Cook County

SIGNATURE  /s/ Paul W. Groah ARDC# 6192200

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)           TELEPHONE NUMBER
# 6192200                                                              (312) 603-5147

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES ☒    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?             YES ☒    NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐